JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Howard Chen, | Case No. **CV 11-489-JFW** |
| Petitioner, | [CR 07-463-JFW] |
| v. | **JUDGMENT** |
| United States of America, | |
| Respondent. | |

Pursuant to this Court's August 5, 2011 Order denying Petitioner Howard Chen's Motion to Vacate, Set Aside, or Correct Sentence By a Person in Federal Custody,

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that the above-captioned action is dismissed with prejudice.

If Petitioner gives timely notice of an appeal from this Order, such notice shall be treated as an application for a certificate of appealability, 28 U.S.C. § 2253(c), which will not issue because Petitioner has failed to make a substantial showing of the denial of a constitutional right. *Miller-El v.*

1  *Cockrell*, 537 F.3d 322 (9th Cir. 2003); *Williams v. Woodford*,
2  384 F.3d 567 (9th Cir. 2004).

Dated: August 5, 2011          _____
                                       JOHN F. WALTER
                                UNITED STATES DISTRICT JUDGE